In the Matter of MANUFACTURERS CASUALTY INSURANCE COMPANY OF PHILA-DELPHIA, PENNA., Judgment-Creditor-Respondent, against JAMES TRAMMELL, Judgment Debtor. BENJAMIN POSNER et al., Third-Parties-Appellants.—

Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur.